# Exhibit A

Jewels Seized at Maro
Jewelers April 5, 2021

| Date and store | SKU | Qty | Retail | Vendor Style | SKU Description | SKU Image | Vendor Name | |
|---|---|---|---|---|---|---|---|---|
| 9/29/2014 Marrow, GA Helzburg Smash and Grab | 1761835 | 1 | $ 3,299.00 | Helzburg | **Diamond Solitaire** HEL 104060309133 | **No Image** | Helzburg | ▬ |
| 9/29/2014 Marrow, GA Helzburg Smash and Grab | 1761849 | 1 | $ 5,799.00 | Helzburg | **Diamond Solitaire** HEL 104050190003 | **No Image** | Helzburg | ▬ |
| 6/19/2018 Springfield, MO Zale 0565 Armed Robbery | 20013448 | 1 | $ 3,399.00 | XSA1527I-WFW2ZD | **1/3 CT PC - 5/8 CTTW 3-STONE** | | SDC DESIGNS LLC - 1291673 | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671053674 | 1 | $ 2,040.00 | 700000000 | **RA 0.83 - 0.86 I VS1 GD IGI 3060971B** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671708941 | 1 | $ 1,450.00 | 700000000 | **3/4CTW HEART L/DIA. SI2 H GMS GSI 52011900113** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671708651 | 1 | $ 2,160.00 | 700000000 | **3/4CT MARQ L/DIA. VS2 G GMS GSI 52100200201** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671709044 | 1 | $ 8,050.00 | 700000000 | **1-1/2CTW HEART L/DIA. SI1 H GMS GSI 14376600818** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671242016 | 1 | $ 3,170.00 | 700000000 | **CU 1 - 1.05 G SI2 GD GIA 2287081049** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 671032302 | 1 | $ 1,790.00 | 700000000 | **MQ 0.69 - 0.74 F SI2 GD GIA 2173402661** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |
| 11/26/2018 Auburn Hills, MI Jared 0474 Smash and Grab | 670960436 | 1 | $ 3,470.00 | 700000000 | **1.1800 CUSHN L/DIA. SI2 I GMS GSI 12546707201** | **Loose Diamond No Photo Available** | Sterling Inc. | ▬ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/4/2019 Vernon Hills, IL Jared 2437 Smash and Grab | 151149907 | 1 | $ 2,299.99 | 701931000 | J CHSN 18KW 1CTW RD DIA VS2 EAR GIA 2247325286 | | Tessler & Weiss Inc | ▬ |
| 1/4/2019 Vernon Hills, IL Jared 2437 Smash and Grab | 151163704 | 1 | $ 2,999.99 | S053RT49-FL4W | J 14KW 1/2CT RD FL SOL RG GIA 1275014069 | | Leo Schachter Diamonds (Non Leo) | ▬ |
| 1/24/2019 Merrillville, IN Jared 2422 Smash and Grab | 992294001 | 1 | $ 1,799.99 | E5199-CR-ST | J 14KR 1-1/8CTW DIA 3 STN RG | | Indigo Jewelry Inc Former Amikam | ▬ |
| 1/24/2019 Merrillville, IN Jared 2422 Smash and Grab | 992548406 | 1 | $ 2,199.99 | JRW747710G4RX | J 14KR 7/8CTW EMERALD DI RG | | Unique Designs Inc | ▬ |
| 1/24/2019 Merrillville, IN Jared 2422 Smash and Grab | 992855205 | 1 | $ 2,799.99 | 1R2425FGP4-ST | J 14KR 1 3/8CT RD DIA ENG RING | | Unique Designs Inc | ▬ |
| 2/15/2019 Bloomington, IL Kay 1528 Grab and Run | 151140807 | 1 | $ 9,999.99 | SHZ47/S43 1.5 | 14KW 1-1/2CTW RD CERT I1 SOL GSI 49681400403 | | Hoover & Strong | ▬ |
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 671801532 | 1 | $13,240.00 | 671373431-7 | 2 PRINC L/DIA. VS2 I COLOR, GSI 61776500101 | Loose Diamond - No Photo Available | Sterling Inc. | ▬ |
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 634318202 | 1 | $5,350.00 | JD719200013 | 1.2 CUSHN L/DIA. SI1 COLOR G, GIA 2193994363 | Loose Diamond - No Photo Available | R2net Inc. <A> | ▬ |
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 633509500 | 1 | $2,220.00 | VIMPA1076 | .81 PRINC L/DIA. SI2 COLOR E, GIA 2286084058 | Loose Diamond - No Photo Available | R2net Inc. <A> | ▬ |
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 671780221 | 1 | $630.00 | 671594517-6 | 0.43 PRINC L/DIA. SI2 COLOR H, GIA 119616918 | Loose Diamond - No Photo Available | Sterling Inc. | ▬ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 634574800 | 1 | $3,600.00 | XOVC1410-7A | 1 OVAL L/DIA. VS2 COLOR J, GIA 1329582158 | Loose Diamond - No Photo Available | R2net Inc. <A> |
| 10/3/19 Arlington, TX Jared 0448 Smash and Grab | 679148407 | 1 | $2,430.00 | 700000000 | 1CT PRINC L/DIA. SI1 I - H GMS IGI 33721198 | Loose Diamond - No Photo Available | Sterling Inc. |
| 1/23/21 Grandville, MI Kay 1863 Grab and Run | 151155708 | 1 | $19,999.99 | 731014000 | 3.02 ROUND, I2, G COLOR, GSI 55825200101 | | Hoover & Strong |
| 2/6/2021 Noblesville, IN Kay 2729 Grab and Run | 161299007 | 1 | $7,799.99 | 731014000 | 14KW 1 1/2CT PRINC CERT I2 SOL GSI #39879900104 | | Hoover & Strong |
| 2/15/2021 Sterling Heights, MI Kay 0085 Smash and Grab | 151155708 | 1 | $ 19,999.99 | SHZ42/S43 3CT | 14KW 3CT RD I2 CERT SOL RING GSI #31919800101 | | HOOVER & STRONG |
| 2/15/2021 Sterling Heights, MI Kay 0085 Smash and Grab | 151156407 | 1 | $ 9,999.99 | HK0011-1.5 CT-4WI1 | 14KW 1 1/2CT RD I1 CERT SOL RING GSI #20329900109 | | H. K. DESIGNS INC. |
| 3/16/2021 Dearborn, MI 1697 Grab and Run | 20151306 | 1 | $6,999.99 | R200RS47-ZZE84W | 2CT WG RD SPECIAL VALUE K/I3 14K | | LEO SCHACHTER & CO LLC - 7738008 |

TOTAL     $ 148,996.89